# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Three Bullets, Inc. | ) | ASBCA Nos. 58251, 58305 |
| | ) | |
| Under Contract No. W91B4N-09-D-5006 | ) | |

APPEARANCES FOR THE APPELLANT:

Terry L. Elling, Esq.
Oliya S. Zamaray, Esq.
  Holland & Knight LLP
  McLean, VA

Tillman Finley, Esq.
Daniel Marino, Esq.
  Marino Law PLLC
  Washington, DC

Jonathan D. Shaffer, Esq.
  Smith Pachter McWhorter PLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ James W. Nelson, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 April 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58251, 58305, Appeals of Three Bullets, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals